# United States Court of Appeals

**FIFTH CIRCUIT**
OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

TEL. 504-310-7700
600 S. MAESTRI PLACE,
Suite 115
NEW ORLEANS, LA 70130

July 02, 2025

**FILED**
July 02, 2025
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY: _____KG_____
DEPUTY

Mr. Philip Devlin
Western District of Texas, Midland
United States District Court
200 E. Wall Street
Room 222
Midland, TX 79701-0000

    No. 25-50446   Kansas v. U.S. Fish
                         USDC No. 7:23-CV-159

Dear Mr. Devlin,

Enclosed is a copy of the judgment issued as the mandate.

                        Sincerely,

                        LYLE W. CAYCE, Clerk

                        By: _____
                        Lisa E. Ferrara, Deputy Clerk
                        504-310-7675

cc w/encl:
    Ms. Caitlyn Cook
    Ms. Paige Elizabeth Gilliard
    Mr. Glenn I. Kerbs I
    Ms. Emily Anne Polachek
    Mr. Damien M. Schiff
    Mr. Charles Timothy Yates

Case 3:25-cv-00469-DRC Document 17-2 Filed 07/31/25 Page 1 of 3 Case: 25-50446 Document: 17 Page: 1 Date Filed: 07/02/2025



**A True Copy**
**Certified order issued Jul 02, 2025**

*Lyle W. Cayce*

**Clerk, U.S. Court of Appeals, Fifth Circuit**

# United States Court of Appeals for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
July 2, 2025
Lyle W. Cayce
Clerk

No. 25-50446

KANSAS NATURAL RESOURCE COALITION; CAMERON EDWARDS; LONE BUTTE FARM, L.L.C.; SCHILLING LAND, L.L.C.; J.D.C. FARMS, INCORPORATED,

*Plaintiffs—Appellees*,

versus

UNITED STATES FISH AND WILDLIFE SERVICE; UNITED STATES DEPARTMENT OF INTERIOR; DOUG BURGUM, *Secretary, U.S. Department of the Interior, in his official capacity as Secretary of the United States Department of the Interior*; PAUL SOUZA, *Acting Director, U.S. Fish and Wildlife Service, in his official capacity as Acting Director of the United States Fish and Wildlife Service*,

*Defendants—Appellants*.

_____

Appeal from the United States District Court
for the Western District of Texas
USDC No. 7:23-CV-159

_____

CLERK'S OFFICE:

Under FED. R. APP. P. 42(B), the appeal is dismissed as of July 02, 2025, pursuant to Appellants' motion.

LYLE W. CAYCE
Clerk of the United States Court

No. 25-50446

        of Appeals for the Fifth Circuit

        *Lisa E. Ferrara*

        By: _____
        Lisa E. Ferrara, Deputy Clerk

ENTERED AT THE DIRECTION OF THE COURT