IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

| | |
|---|---|
| KANSAS NATURAL RESOURCE COALITION, et al., | ) ) ) No. 7:23-cv- 00159-DC ) |
| *Plaintiffs*, | ) ) **ORDER APPROVING STIPULATED** |
| v. | ) **SETTLEMENT AGREEMENT** ) **RESOLVING ATTORNEYS' FEES AND** |
| UNITED STATES FISH AND WILDLIFE SERVICE, et al., | ) **COSTS** ) ) |
| *Defendants.* | ) |

Before the Court is the Parties' Stipulated Settlement Agreement Resolving Attorneys' Fees and Costs. Having reviewed the Stipulated Settlement Agreement Resolving Attorneys' Fees and Costs, and good cause appearing,

**IT IS ORDERED** that the Stipulated Settlement Agreement Resolving Attorneys' Fees and Costs is **APPROVED**.

It is so **ORDERED**.

DATED __09/17/2025__                                    _____
                                                                                    Honorable David Counts
                                                                                    United States District Court Judge